**Thomas MASTROCOLA, Chris & Michelle Hammel, h/w and Michelle McDonald and Wardlaw & Joyce Hall, h/w and John & Peggy Weston, h/w, Petitioners**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Respondent.**

Supreme Court of Pennsylvania.

June 1, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of June, 2009, the Petition for Allowance of Appeal is **GRANTED** limited to the following issues:

1. Is federal preemption based upon choice-of-law preemption a waivable defense?

2. Are Petitioners' claims in this suit preempted, or are they preserved from preemption by the clarifying amendment to FRSA at 49 U.S.C. § 20106(b)?